**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
RALDIRIS FERRERAS MATOS,

                  Plaintiff,                    20 **CIVIL** 7106 (NSR)(PED)

       -against-                           <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,
                       Defendant.
----------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2022, this Court adopts MJ McCarthy's R&R in its entirety. Plaintiff's motion for judgment on the pleadings is GRANTED to the extent of REMANDING the case back to the SSA for further proceedings consistent with the R&R, and the Commissioner's cross-motion is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
        January 31, 2022


                                **RUBY J. KRAJICK**
                                _____
                                **Clerk of Court**

**BY:**          *K. Mango*
                                _____
                                **Deputy Clerk**